**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>YOUNG CHHANN, an individual; SOUNG CHHANN, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | Case No. 8:19-cv-02333-DOC-KES<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

1
ORDER DISMISSAL WITH PREJUDICE

1
2
3
4
5
6

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff James Rutherford ("Plaintiff") and Young Chhann and Soung Chhann ("Defendant"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety.  Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: May 29, 2020

*[signature: David O. Carter]*
_____
UNITED STATES DISTRICT JUDGE